FILED
HARRISBURG, PA
JUN 18 2025
PER _____ DEPUTY CLERK

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | No. 1:25-CR-159 |
| v. | : | (Judge Mannion) |
| ROCAEL LOPEZ-LOPEZ, Defendant. | : | |

INDICTMENT

THE GRAND JURY CHARGES:

### COUNT 1
8 U.S.C. § 1326
(Illegal Reentry)

On or about April 28, 2025, in Franklin County, Pennsylvania, within the Middle District of Pennsylvania, the defendant,

**ROCAEL LOPEZ-LOPEZ,**

an alien, was found in the United States after having been removed from the United States pursuant to law on or about December 21, 2012, via Phoenix-Mesa, Arizona, without first having obtained permission to reenter the United States as required by law.

All in violation of Title 8, United States Code, Section 1326(a) and Title 6, United States Code, Sections 202(3) and (4) and 557.

A TRUE BILL

JOHN C. GURGANUS
ACTING UNITED STATES ATTORNEY

FOREPERSON

MICHAEL SCALERA
ASSISTANT U.S. ATTORNEY

6/18/2025
Date

2